ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANYA M. MONTGOMERY,

                  Plaintiff,

    - against -                24 Civ. 1182 (LLS)

OTIS WORLDWIDE CORPORATION and KEVIN     ORDER
B. LORUSSO,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/24

    In light of the great weight given to plaintiff's choice of forum, and the relative doubts attached to any other party's suggestions, the motion to transfer the case to the United States District Court of Connecticut is denied.

    So ordered.

Dated:    New York, New York
          June 18, 2024

                                          Louis L. Stanton
                                          LOUIS L. STANTON
                                              U.S.D.J.